# Exhibit 1

# Nutrien Financial — CREDIT APPLICATION

Estimated Credit Need: $ 330,000    Branch Location: _____

| Field | Value |
|---|---|
| Business Legal Name (Buyer) | Brown Bessy, LLC |
| Mailing Address | 6344 Bullbeggar Rd |
| Physical Address (if different) | |
| E-Mail Address | [redacted] |
| Business DBA Name | Contrel Brown Sr |
| City | Withams |
| State | VA |
| Zip Code | 23488 |
| Preferred Contact Ph# | |
| County of Residence | |

**Business Setup:** Sole Proprietorship ☐  Corporation ☐  LLC ☑  Partnership – Limited ☐  General ☐  Trust ☐

| Field | Value |
|---|---|
| Federal TIN # | [redacted] |
| State Incorporated in | |
| Date | |
| Business Phone | [redacted] 5835 |
| Fax | |
| Years in business | |
| Do you require PO # | Yes ☐  No ☑ |

Authorized Representative(s) (complete separate section below)

| Other Corporation Officers / Partners | Address | Phone | SS# |
|---|---|---|---|
| 1. | | [redacted] 5835 | [redacted] |
| 2. | | | |

**Farming:** Full-Time ☑  Part-Time ☐

| Field | Value |
|---|---|
| # of Years Farming | |
| Counties where crops are grown | Accomac |
| Off Farm Income $ | [redacted] |
| Source | Poultry Houses |
| Restricted Use Permit # | |
| Other business involvement | |
| Acres Farmed | 2,100 |
| Acres Owned | 86 |
| Acres Rented | 2014 |

**Applicant Financial and Income Information:** Requests over $500,000 attach the most recent Profit & Loss Statement and year-end balance sheets for all applicants, requests under $500,000 complete below

| | Assets | Liabilities | | Income (Annual) |
|---|---|---|---|---|
| Current Value (Cash, Crop, etc.) | $ [redacted] | $ [redacted] | Gross Farm | $ [redacted] |
| Intermediate Value (Machinery, etc.) | $ [redacted] | $ [redacted] | Non-Farm | $ [redacted] |
| Long Term Value (Real estate, etc.) | $ [redacted] | $ [redacted] | | |

**Line of Credit:** Do you have a line of credit? ☐ Yes ☐ No   If yes, complete below

| Lender Operating Line of Credit | Line of Credit Amount | Current Principal Balance | Secured By |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

**Crop Planning Information:**

| Crop | Acres | Average Yield | (Less) Prod. Used for Feed % | (Less) Landlord's Share % | Price Per Unit | Total Crop Value | Insurance Coverage RP, YP, etc. Type | % |
|---|---|---|---|---|---|---|---|---|
| Wheat | 396 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Potatoes | 560 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Corn | 700 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Soybeans | 444 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

**Authorized Representative(s):**

1. Name: Contrel Brown Sr    Driver's License No: _____    Job Title: [redacted]   SSN: [redacted]
   Date of Birth: [redacted]    Preferred Contact Ph#: [redacted] 5835    Email Address: [redacted]
   Mailing Address: 6344 Bullbeggar Rd  City: Withams  State: VA  Zip Code: 23488  Cty of Residence: Accomac

2. Name: _____    Driver's License No: _____    Job Title: _____    SSN: _____
   Date of Birth: _____    Preferred Contact Ph#: _____    Email Address: _____
   Mailing Address: _____  City: _____  State: _____  Zip Code: _____  Cty of Residence: _____

**CREDIT AGREEMENT – NY RESIDENTS, RETAIL INSTALMENT CREDIT AGREEMENT**

[Fine-print credit agreement paragraph, largely illegible]



## Nutrien Financial CREDIT APPLICATION – Credit Agreement – Page 2

1. Promise to Pay...
2. Balance Calculation...
3. Fees and Expenses...
4. Monthly Statement...
5. Renewal and Extension...
6. Buyer's Obligation and Decision...
7. Disputed Payments...
8. Default by Buyer...
9. Financial Records...
10. Changes in Terms...
11. Governing Law...
12. Assignment...
13. Waivers...
14. Severability...
15. Entire Agreement...
16. Survival...
17. Telephone Monitoring and Recording...

**THIS IS A COMMERCIAL TRANSACTION.** BUYER AGREES NOT TO USE ANY PORTION OF THE CREDIT GRANTED BY SELLER FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.

Seller's Signature/See Buyer's Approval Letter

[Body paragraph regarding Authorized Representatives and consent to obtain consumer credit reports, including New York Residents notice.]

NOTICE TO THE BUYER

1. DO NOT SIGN THIS CREDIT AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES.
2. YOU ARE ENTITLED TO A COMPLETELY FILLED IN COPY OF THIS CREDIT AGREEMENT.
3. YOU MAY PAY, AT ANY TIME, YOUR TOTAL INDEBTEDNESS.

NEW YORK RESIDENTS: RETAIL INSTALMENT CREDIT AGREEMENT

Printed Name/Title: _Central Brew SA_  _Owner_   Signature: _Contied Bro Sr_   Date: _4/6/2019_

Printed Name/Title: _____   Signature: _____   Date: _____

[Guaranty paragraph text]

Printed Name: _____   Signature: _____
Salesman Name: [signature]   Salesman Number: _10962_
Branch Manager: [signature]   Date: _4/6/19_